# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MCCUEN, for himself and all others similarly situated,<br>      Plaintiff,<br>v.<br>MAINES PAPER & FOOD SERVICE, INC.,<br>      Defendant. | Case No. 18-cv-902-ARC |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY CLASS ACTION SETTLEMENT APPROVAL

For the reasons stated in the attached Memorandum of Law, Plaintiff Michael McCuen respectfully submits this unopposed Motion seeking entry of an Order preliminarily approving the Parties' proposed settlement in the above-captioned class action lawsuit and authorizing the prompt dissemination of the Parties' agreed-upon Settlement Notice to all members of the putative Class.

Respectfully Submitted,

Date: October 24, 2019

*/s/ David J. Cohen*
David J. Cohen
**STEPHAN ZOURAS LLP**
604 Spruce Street
Philadelphia, PA 19106
215.873.4836

1

James B. Zouras (*pro hac vice*)
Ryan F. Stephan (*pro hac vice*)
**STEPHAN ZOURAS LLP**
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
312.233.1550

Jeremiah Frei-Pearson (*pro hac vice*)
**FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER LLP**
445 Hamilton Avenue, Suite 605
White Plains, New York 10601
(914) 298-3281

*Attorneys for Named Plaintiff
and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2019, a true and correct copy of the foregoing pleading has been served on all counsel of record by electronically filing this document and all attachments via the Court's ECF system.

/s/ David J. Cohen

## **CERTIFICATION OF WORD COUNT**

I hereby certify that the attached Memorandum Of Law In Support Of Plaintiff's Unopposed Motion For Preliminary Class Action Settlement Approval complies with the word and page limitations approved in this Court's October 16, 2019 Order [Doc. 36] in that this filing (excluding the cover page, table of contents, table of authorities and signature block) is 27 pages long and contains 6,231 words as determined by the word count feature of the word processing system used to prepare the Memorandum.

*/s/ David J. Cohen*