# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL MCCUEN**, for himself and all others similarly situated,<br>　　　　Plaintiff,<br><br>　　v.<br><br>**MAINES PAPER & FOOD SERVICE, INC.**,<br>　　　　Defendant. | Case No. 18-cv-902-JPW |

### PLAINTIFF'S UNOPPOSED MOTION FOR FINAL CLASS ACTION SETTLEMENT APPROVAL

For the reasons stated in the attached Memorandum of Law, Plaintiff Michael McCuen respectfully submits this unopposed Motion seeking entry of an Order granting final approval to the Parties' proposed settlement in the above-captioned class action lawsuit and dismissing this action with prejudice.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Date:  May 31, 2020　　　　　　　　*/s/ David J. Cohen*
　　　　　　　　　　　　　　　　　　David J. Cohen
　　　　　　　　　　　　　　　　　　**STEPHAN ZOURAS LLP**
　　　　　　　　　　　　　　　　　　604 Spruce Street
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　215.873.4836

James B. Zouras (*pro hac vice*)
Ryan F. Stephan (*pro hac vice*)
**STEPHAN ZOURAS LLP**
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
312.233.1550

Jeremiah Frei-Pearson (*pro hac vice*)
**FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER LLP**
445 Hamilton Avenue, Suite 605
White Plains, New York 10601
(914) 298-3281

*Attorneys for Named Plaintiff
and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2020, a true and correct copy of the foregoing pleading has been served on all counsel of record by electronically filing this document and all attachments *via* the Court's ECF system.

*/s/ David J. Cohen*

## **CERTIFICATION OF WORD COUNT**

I hereby certify that the attached Memorandum of Law in Support of Plaintiff's Unopposed Motion for Final Class Action Settlement Approval complies with the word and page limitations of L.R. 7.8(b) in that this filing (excluding the cover page, table of contents, table of authorities and signature block) is 21 pages long, but contains only 4,954 words as determined by the word count feature of the Microsoft Word application used to prepare this filing.

Date: May 31, 2020                  */s/ David J. Cohen*